June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC L. BAUMGART, Appellant

NO. 14-14-00306-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED,** the indictment be **DISMISSED**, the appellant be acquitted, and this decision be certified below for observance.